```
               UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

          v.         CASE NO. 10CR20047

NICOLE MARIE GIANNAKIS                                  DEFENDANT

**O R D E R**

On June 10, 2010, Defendant was sentenced to 5 years probation in the Eastern District of Missouri for possession of pseudoephedrine knowing that it would be used to manufacture methamphetamine. Jurisdiction was transferred to this Court on September 27, 2010. Currently before the Court is a motion by Defendant to terminate her term of supervised probation (doc. 2). The Government is opposed to the motion (doc. 3).

Section 3564 of Title 18 of the United States Code governs early termination of a term of probation. The statute provides:

> The Court, after considering the factors set forth in section 3553(a)...may...terminate a term of probation previously ordered and discharge the defendant...at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

18 U.S.C. § 3564(c).

The Court takes note of the fact that Defendant has been diligent in complying with the terms of her probation. However, the Court feels that the benefits of probation to Defendant outweigh any burden upon her. After considering the factors set

AO72A
(Rev. 8/82)

forth in 18 U.S.C. § 3553, the Court cannot find that termination of his probation is warranted.  *See* 18 U.S.C. § 3564(c).  Accordingly, Defendant's motion (doc. 2) is hereby DENIED.

IT IS SO ORDERED this 28th day of June 2013.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)